# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BLACK PRESS LTD., <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10044 (MFW) <br><br> (Joint Administration Pending) |
| In re: <br><br> SOUND PUBLISHING INC., <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10052 (MFW) <br><br> (Joint Administration Pending) |
| In re: <br><br> THE BEACON JOURNAL PUBLISHING COMPANY, <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10053 (MFW) <br><br> (Joint Administration Pending) |
| In re: <br><br> BLACK PRESS GROUP LTD., <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10047 (MFW) <br><br> (Joint Administration Pending) |
| In re: <br><br> SOUND PUBLISHING HOLDING INC., <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10050 (MFW) <br><br> (Joint Administration Pending) |
| In re: <br><br> 311773 BC LTD., <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10045 (MFW) <br><br> (Joint Administration Pending) |

| | |
|---|---|
| In re: <br><br> SOUND PUBLISHING PROPERTIES, INC., <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10051 (MFW) <br><br> (Joint Administration Pending) |
| In re: <br><br> OAHU PUBLICATIONS, INC., <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10049 (MFW) <br><br> (Joint Administration Pending) |
| In re: <br><br> SAN FRANCISCO PRINT MEDIA COMPANY, <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10043 (MFW) <br><br> (Joint Administration Pending) |
| In re: <br><br> CENTRAL WEB OFFSET LTD., <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10048 (MFW) <br><br> (Joint Administration Pending) |
| In re: <br><br> WWA (BPH) PUBLICATIONS, INC., <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10054 (MFW) <br><br> (Joint Administration Pending) |
| In re: <br><br> 0922015 B.C. LTD., <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 24-10046 (MFW) <br><br> (Joint Administration Pending) |

**ORDER GRANTING MOTION OF AUTHORIZED FOREIGN REPRESENTATIVE FOR ENTRY OF AN ORDER (I) DIRECTING JOINT ADMINISTRATION OF <u>CHAPTER 15 CASES AND (II) GRANTING RELATED RELIEF</u>**

Upon the *Motion of Authorized Foreign Representative for an Entry of an Order (i) Directing Joint Administration of Chapter 15 Cases and (ii) Granting Related Relief* [D.I. 3]

("Motion") of Black Press Ltd. ("BP Holdco"), in its capacity as the duly appointed foreign representative ("Foreign Representative") for the above-captioned debtors (collectively, the "Debtors" or "Petitioners"), for entry of an order (this "Order") (i) directing the joint administration of the Debtors' related chapter 15 cases pursuant to 11 U.S.C. § 105(a), Bankruptcy Rule[1] 1015(b), and Local Rule 1015-1, (ii) authorizing the Foreign Representative to file a consolidated list pursuant to Bankruptcy Rule 1007(a)(4), and (iii) granting related relief; and upon consideration of the Hargreaves Declaration; and consideration of the Motion and the relief requested therein, this court ("Court") hereby finds: (i) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); (ii) venue is proper before the Court pursuant to 28 U.S.C. § 1410; (iii) the Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; (iv) due and proper notice of the Motion and hearing, if necessary, to consider the relief requested herein was provided and is adequate and appropriate under the circumstances; (v) no other or further notice needs to be provided; (vi) the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the requested relief; and (vii) the relief granted by this Order is in the best interests of the Debtors, their creditors and all parties in interest. Upon all of the proceedings before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED as set forth herein.

2.  Pursuant to Bankruptcy Rule 1015(b), the Debtors' chapter 15 cases shall be jointly administered and consolidated for procedural purposes only.

---

[1] Capitalized terms used but not defined shall have the meanings ascribed to such terms in the Motion.

3.      The Clerk of the Court shall maintain one file and one docket for the chapter 15 cases, which file and docket for all these chapter 15 cases shall be the file and docket for Black Press Ltd., Case No. 24-10044.

4.      All pleadings and other papers filed in these chapter 15 cases shall bear a consolidated caption, including the accompanying footnote, in the following form (including the footnote):

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| BLACK PRESS LTD., *et al.*,[2] | Case No. 24-10044 (MFW) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

5.      The foregoing caption satisfies the requirements set forth in 11 U.S.C. § 342(c) and Bankruptcy Rules 1005 and 2002(n) in all respects.

6.      The Clerk of the Court shall make a docket entry in each of the chapter 15 cases other than Black Press Ltd. substantially in the form as follows:

> An Order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration of the chapter 15 cases of: Black Press Ltd. Case No. 24-10044; Sound Publishing Inc. Case No. 24-24-10052; the Beacon Journal Publishing Company Case No. 24-10053; Black Press Group Ltd. Case No. 24-10047; Sound Publishing Holding Inc. Case No. 24-10050; 311773 BC Ltd. Case No. 24-10045; Sound Publishing Properties, Inc. Case No. 24-10051; Oahu Publications, Inc. Case No. 24-10049; San Francisco Print Media Company Case No. 24-10043; Central Web Offset Ltd. Case No. 24-10048; WWA (BPH) Publications, Inc. Case No. 24-10054; and 0922015 B.C. Ltd. Case No. 24-10046. **All further pleadings and other papers shall be filed in,**

---

[2] The Debtors in these chapter 15 cases, along with the last four digits of each Debtor's federal tax identification number (or BN as applicable), include: Black Press Group Ltd. (BN 8464); Sound Publishing Inc. (TIN 6047); The Beacon Journal Publishing Company (TIN 5666); Black Press Ltd. (BN 4084); Sound Publishing Holding Inc. (TIN 6047); 311773 BC Ltd. (BN 3265); Sound Publishing Properties, Inc. (TIN 6047); Oahu Publications, Inc. (TIN 3529); San Francisco Print Media Company (TIN 0940); Central Web Offset Ltd. (BN 5111); 0922015 B.C. Ltd. (BN 4906); and WWA (BPH) Publications, Inc. (TIN 7876). The location of the Debtors' corporate headquarters and service address is: 15288 54a Ave #208, Surrey, British Columbia, Canada V3S 5X7.

**and all further docket entries shall be made in Case No. 24-10044, and such docket should be consulted for all matters concerning these chapter 15 cases.**

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the chapter 15 cases.

8. The Foreign Representative is authorized to file a consolidated list of the information required by Bankruptcy Rule 1007(a)(4), substantially in the form annexed to the Motion as Exhibit B.

9. The Foreign Representative is authorized to take all actions it deems necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and the Clerk is hereby directed to enter this Order on the docket in the chapter 15 case of each of the Debtors.

11. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**Dated: January 16th, 2024**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**